UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **07CR 799** |
| | ) | |
| v. | ) | Honorable Nan R. Nolan |
| | ) | |
| JU WEN ZHOU, a/k/a "Goi," et al. | ) | |

### ORDER

This matter having come before the Court on the motion of the government to place the criminal complaint in the above-captioned case under seal,

IT IS HEREBY ORDERED that the criminal complaint in the above-captioned case be placed under seal until 10:00 a.m. on December 6, 2007, or until further order of this Court.

ENTER:

Dated: 12/5/07

_Nan R. Nolan_
NAN R. NOLAN
United States Magistrate Judge